| CRIMINAL COVERSHEET | |
|---|---|
| DEFENDANT'S NAME: **Kelly Anne Walters** | JUVENILE: No |
| DEFENSE ATTORNEY: Thomas Monaghan | |
| Address: 380 S. 4th Street, Ste. 104<br>Boise, ID 83702 | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Summons<br>(Summons or Warrant or<br>Notice (if Superseding)) |
| Telephone No.: (208) 336-3600 | ISSUE: Yes |
| INVESTIGATIVE AGENT: Rodney Draper | INTERPRETER: No |
| Telephone No.: (208) 433-3531 | If YES, language: |
| AGENCY: Federal Bureau of Investigation | |
| CASE INFORMATION: | RELATED COMPLAINT: No<br>CASE NUMBER: |

## CRIMINAL CHARGING INFORMATION

| | | | |
|---|---|---|---|
| CHARGING DOCUMENT: | **Information** | | |
| Felony: | **Yes** | County of Offense: | **Ada** |
| Class A Misdemeanor: | **No** | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | **No** | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A),<br>(b)(1) and 2256(8)(A) | ONE | Receiving Child Pornography | Not less than 5 years nor more than 20 years imprisonment; not less than 5 years of supervised release and up to life; $250,000 fine; $5,100 Special Assessment |
| 18 U.S.C. § 2253(a) | FORFEITURE ALLEGATION | Criminal Forfeiture | Forfeiture of Listed Property |

Date: 28 May 2019

Assistant U.S. Attorney: KASSANDRA J. MCGRADY
Telephone No.: (208) 334-1211